No. 84–1968.  ZUGER *v.* UNITED STATES.  Appeal from C. A. 2d Cir. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 84–6832.  RUCKER *v.* CITY OF ST. LOUIS ET AL.  Appeal from C. A. 8th Cir. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 84–6856.  PRENZLER *v.* REYNOLDS, U. S. ATTORNEY, ET AL.  Appeal from C. A. 9th Cir. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 84–6961.  RODMAN *v.* CONTINENTAL INSURANCE COS. ET AL.  Appeal from C. A. 9th Cir. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 85–92.  EDGERTON *v.* DELAWARE.  Appeal from Sup. Ct. Del. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 85–95.  MOELLER *v.* CARRADINE ET AL.  Appeal from C. A. 8th Cir. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 85–102.  MEN'S WEARHOUSE, INC. *v.* HELMS.  Appeal from Ct. App. Tex., 1st Sup. Jud. Dist., dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 85–116.  PETERS *v.* CALIFORNIA.  Appeal from Ct. App. Cal., 2d App. Dist., dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.